BERTRAND H. SNELL et al., Respondents, *v.* CITY OF LONG BEACH, Appellant.

Argued January 21, 1943; decided March 4, 1943.

*Bernard H. Reich, Corporation Counsel (Irving G. Hubbs* of counsel), for appellant.

*Kenneth M. Spence* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.